## LEVI HARRIS agt. RALPH CLARK *et al.*, ex'rs, &c.

In an affidavit for a motion to change venue, defendant must swear that *each* and every of the witnesses, &c.; "*all* and every of the witnesses, &c.;" held bad.

*February Term*, 1846.

MOTION by defendants to change venue.

Objection was made to the sufficiency of defendant's affidavit upon which he moved; that part objected to, read as follows: "and that, as he is advised by the said counsel and verily believes, the defendants cannot safely proceed to the trial of this cause, without the testimony of *all* and every of the witnesses above named, (instead of *each* and every of the witnesses, &c.)

G. R. J. BOWDOIN, *defendants' counsel.*

J. H. MAGHER, *defendants' attorney.*

P. CAGGER, *plaintiff's counsel.*

J. E. BABCOCK, *plaintiff's attorney.*

BRONSON, Chief Justice. Thought this point was decided as long ago as the 9 *Wend.* Motion denied, with costs, without prejudice.